

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2023

No. 04-22-00731-CV

Moses G. **ZAMORA** Jr.,
Appellant

v.

**DSAM PARTNERS LTD RET PLAN**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV03337
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by January 27, 2023. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, **no later than February 16, 2023**, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response by **February 16, 2023**, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court